consideration in light of *Mills* v. *Maryland, ante,* p. 367. 

No. 87–6267. WORATZECK *v.* RICKETTS, WARDEN, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Maynard* v. *Cartwright, ante,* p. 356.

No. 87–6276. LANKFORD *v.* IDAHO. Sup. Ct. Idaho. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Satterwhite* v. *Texas, ante,* p. 249.

No. 87–6410. BENNETT *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Satterwhite* v. *Texas, ante,* p. 249.

No. A–926 (87–796). CITIES SERVICE GAS CO. ET AL. *v.* MOBIL OIL CORP. ET AL. C. A. 10th Cir. Application for recall and stay of mandate, presented to JUSTICE WHITE, and by him referred to the Court, granted pending this Court's action on the petition for writ of certiorari. If the petition for writ of certiorari is denied, this stay is to terminate automatically. Should the petition for writ of certiorari be granted, this stay is to continue in effect pending the sending down of the judgment of this Court.

No. A–946 (87–7185). BYRNE *v.* BUTLER, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.